KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Archer Western Contractors, LLC
formerly Archer Western Contractors, Ltd.
and Travelers Casualty and Surety Company
of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER Corp., <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. 2:15-CV-02150—RFB-PAL <br><br><br><br><br> **STIPULATION AND ORDER LIMITING DISCOVERY UNTIL APRIL 30, 2016** |
| ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC, <br><br> Counterclaim-claimants <br><br> vs. | |

UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER CORP.,

and

ARCH INSURANCE COMPANY, d/b/a ARCH INSURANCE GROUP, INC.,

Counterclaim-defendants.

On December 4, 2015, Defendants, Archer Western Contractors, LLC, formerly Archer Western Contractors, Ltd. ("Archer Western"), and Travelers Casualty and Surety Company of America ("Travelers") (collectively, "Defendants"), by counsel, filed a Motion to Stay this Matter and subsequent to briefs in opposition and in reply, a hearing was held by the Court on January 19, 2016, at 2:00 P.M. At the hearing, the Parties hereto reached an agreement on the matters presented in the Motion to Stay and, the Parties HEREBY STIPULATE AND AGREE as follows:

1. Until April 30, 2016, the Parties shall limit their activities in this matter to discovery pursuant to Rules 33, 34 and 36 on matters germane to whether specific claims or portions of claims asserted in this litigation by the Plaintiff are claims which are or may be governed by Section 11.3 of the subcontract agreement executed on or about April 27, 2011.

2. By participating in the limited discovery as set forth in Paragraph (1), neither party shall be deemed to have waived any rights, privileges, or defenses as to whether the claims or portions of claims subject to the limited discovery are governed by Section 11.3 of the subcontract agreement.

3. Except for the limited discovery set forth in Paragraph (1), Rule 26 shall govern all discovery with the requirements of paragraphs (a) and (f) being deferred until after April 30, 2016.

4. On or before 14 days prior to April 30, 2016, the Parties shall report to the Court on the status of their discovery and their efforts to reach a joint agreement on Plaintiff's claims that are not governed by Section 11.3 and thus are the proper subject of this litigation.

2

*UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER Corp., vs. ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC*
U.S. District of Nevada Court Case No. 2:15-CV-02150—RFB-PAL
STIPULATION AND ORDER LIMITING DISCOVERY UNTIL APRIL 30, 2016

DATED this 26th day of January, 2016.

PEEL BRIMLEY LLP

 /s/ Steven D. Meacham
STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
JEFFERSON W. BOSWELL, ESQ.
Nevada Bar No. 11776
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
*Attorneys for Gallagher-Kaiser Corp.*

THE FAUX LAW GROUP

 /s/ Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLIE H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
*Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America*

KRAFTSON CAUDLE

 /s/ Larry W. Caudle, Jr.
LARRY W. CAUDLE, JR., ESQ.
Admitted Pro Hac Vice
Virginia Bar. No. 36769
BRAD C. FRIEND, ESQ.
Admitted Pro Hac Vice
Virginia Bar No. 65462
1600 Tysons Blvd., Ste. 250
McLean, Virginia 22102
*Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America admitted Pro Hac Vice*

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

*UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER Corp., vs. ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC*
U.S. District of Nevada Court Case No. 2:15-CV-02150—RFB-PAL
STIPULATION AND ORDER LIMITING DISCOVERY UNTIL APRIL 30, 2016

### **ORDER**

IT IS HEREBY ORDERED.

_____
United States District Court Magistrate Judge

Dated: _January 27, 2016_____

4