LARRY W. CAUDLE, JR., ESQ.
*Admitted Pro Hac Vice*
Virginia Bar. No. 36769
BRAD C. FRIEND, ESQ.
*Admitted Pro Hac Vice*
Virginia Bar No. 65462
JONATHAN J. STRAW, ESQ.
*Admitted Pro Hac Vice*
Virginia Bar No. 80980
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5500
Facsimile: (703) 873-5519
Email: lcaudle@kraftsoncaudle.com
       bfriend@kraftsoncaudle.com
       jstraw@kraftsoncaudle.com

*Attorneys for Archer Western Contractors, LLC formerly Archer Western Contractors, Ltd. and Travelers Casualty and Surety Company of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER Corp., <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. 2:15-CV-02150—RFB-PAL <br><br><br> **PARTIES' JOINT REPORT REGARDING STATUS OF CASE AND PROPOSED ORDER** |
| ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC, <br><br> Counterclaim-claimants <br><br> vs. <br><br> UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER CORP., | |

1

1  and

2  ARCH INSURANCE COMPANY, d/b/a ARCH INSURANCE GROUP, INC.,

3

4     Counterclaim-defendants.

5       Gallagher-Kaiser Corp. ("G-K"), Archer Western Contractors, Ltd., formerly Archer Western Contractors, LLC ("Archer Western"), Travelers Casualty and Surety Company of America, and Arch Insurance Company (collectively "Parties") jointly submit this Status Report in accordance with this Honorable Court's January 27, 2016 Order.

       Upon the consent of the Parties, this Court's January 27, 2016 Order limited discovery to whether specific claims or portions of claims asserted in this litigation by the Plaintiff are claims which are or may be governed by Section 11.3 of the subcontract agreement executed between G-K and Archer Western. Pursuant to the Court's Order, requirements under Rule 26(a) and (f), and other discovery matters were deferred in this litigation until after April 30, 2016.

       This Court's January 27, 2016 Order also required that, on or before April 16, 2016, the Parties report to the Court on the status of discovery and their efforts to reach a joint agreement on Plaintiff's claims that are not governed by Section 11.3 of G-K's and Archer Western's subcontract. The Parties hereby file this Joint Report in accordance with the Court's Order, and state as follows:

       1.   G-K and Archer Western have exchanged documents in preparation of their mediation with the FAA regarding the Project at issue in this litigation. Archer Western has also tendered to G-K documents it has acquired from the FAA. Based upon the exchange of documents, G-K and Archer Western are continuing to review and evaluate the information and documents produced to determine the extent of further discovery. The mediation is scheduled for five (5) days, starting May 9, 2016 and concluding May 13, 2016, and G-K and Archer Western are diligently preparing for the mediation. Although G-K and Archer Western have not reached an agreement on whether Plaintiff's claims are governed by Section 11.3 of their subcontract agreement, it is the Parties' hope that their disputes with the FAA and the disputes in the case can be resolved at the mediation.

2. In light of the upcoming mediation, the Parties request that the Court enter an Order extending the current deferment of discovery in this case under the same terms of the existing Order until June 15, 2016, and set a deadline of May 31, 2016, for the Parties to file a Joint Report on the status of the case and the outcome of the mediation. This would allow the Parties time to complete the mediation, attempt to resolve the disputes, and report back to the Court on whether their efforts were successful prior to complying with their requirements under Rule 26. The Parties' Proposed Order is attached hereto.

DATED this 15th day of April, 2016.

| PEEL BRIMLEY LLP | KRAFTSON CAUDLE |
|---|---|
| /s/ Steven D. Meacham<br>STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>JEFFERSON W. BOSWELL, ESQ.<br>Nevada Bar No. 11776<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>*Attorneys for Gallagher-Kaiser Corp. and Arch Insurance Company* | /s/ Larry W. Caudle, Jr.<br>LARRY W. CAUDLE, JR., ESQ.<br>Admitted Pro Hac Vice<br>Virginia Bar. No. 36769<br>BRAD C. FRIEND, ESQ.<br>Admitted Pro Hac Vice<br>Virginia Bar No. 65462<br>JONATHAN J. STRAW, ESQ.<br>*Admitted Pro Hac Vice*<br>Virginia Bar No. 80980<br>1600 Tysons Boulevard, Suite 250<br>McLean, Virginia 22102<br>*Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America*<br><br>AND<br><br>THE FAUX LAW GROUP<br><br>/s/ Kurt C. Faux<br>KURT C. FAUX, ESQ.<br>Nevada Bar No. 003407<br>WILLIE H. SIEPMANN, ESQ.<br>Nevada Bar No. 002478<br>JORDAN F. FAUX, ESQ.<br>Nevada Bar No. 012205<br>1540 W. Warm Springs Road, Suite 100<br>Henderson, Nevada 89014<br>*Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of April, 2016, a copy of the foregoing document, PARTIES' JOINT REPORT REGARDING STATUS OF CASE AND PROPOSED ORDER, was served via electronic service (CMF/Pacer) as follows:

Steven D. Meacham, Esquire
Jefferson W. Boswell, Esquire
PEEL BRIMLEY LLP
3333 East Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
*Attorneys for Gallagher-Kaiser Corp.*
*and Arch Insurance Company*

　　　　　　　　　　　　　　　　　　／s／ Brad C. Friend

LARRY W. CAUDLE, JR., ESQ.
*Admitted Pro Hac Vice*
Virginia Bar. No. 36769
BRAD C. FRIEND, ESQ.
*Admitted Pro Hac Vice*
Virginia Bar No. 65462
JONATHAN J. STRAW, ESQ.
*Admitted Pro Hac Vice*
Virginia Bar No. 80980
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5500
Facsimile: (703) 873-5519
Email: lcaudle@kraftsoncaudle.com
       bfriend@kraftsoncaudle.com
       jstraw@kraftsoncaudle.com

*Attorneys for Archer Western Contractors, LLC formerly Archer Western Contractors, Ltd. and Travelers Casualty and Surety Company of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER Corp., <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. 2:15-CV-02150—RFB-PAL <br><br><br> [PROPOSED] ORDER |
| ARCHER WESTERN CONTRACTORS, LTD. a/k/a ARCHER WESTERN CONTRACTORS, LLC, <br><br> Counterclaim-claimants <br><br> vs. <br><br> UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER CORP., | |

1

and

ARCH INSURANCE COMPANY, d/b/a ARCH INSURANCE GROUP, INC.,

Counterclaim-defendants.

On January 27, 2016, this Court entered an Order limiting discovery to whether specific claims or portions of claims asserted in this litigation by the Plaintiff are claims which are or may be governed by Section 11.3 of the subcontract agreement executed between Gallagher-Kaiser Corp. ("G-K") and Archer Western Contractors, Ltd., formerly Archer Western Contractors, LLC ("Archer Western"). Pursuant to the Court's January 27, 2016 Order, requirements under Rule 26(a) and (f), and other discovery matters were deferred in this litigation until after April 30, 2016. On April 15, 2016, the Parties in this litigation jointly filed a Status Report advising the Court that mediation between the FAA and the Parties is scheduled for May 9-13, 2016. Upon the consent of the Parties, it is HEREBY STIPULATED AND AGREED as follows:

1. Until June 15, 2016, the Parties shall limit their activities in this matter to discovery pursuant to Rules 33, 34 and 36 on matters germane to whether specific claims or portions of claims asserted in this litigation by the Plaintiff are claims which are or may be governed by Section 11.3 of the subcontract agreement executed on or about April 27, 2011.

2. By participating in the limited discovery as set forth in Paragraph (1), neither party shall be deemed to have waived any rights, privileges, or defenses as to whether the claims or portions of claims subject to the limited discovery are governed by Section 11.3 of the subcontract agreement.

3. Except for the limited discovery set forth in Paragraph (1), Rule 26 shall govern all discovery with the requirements of paragraphs (a) and (f) being deferred until after June 15, 2016.

4. On or before June 1, 2016, the Parties shall report to the Court on the status of the mediation, their discovery, and their efforts to reach a joint agreement on Plaintiff's claims that are not governed by Section 11.3 and thus are the proper subject of this litigation.

DATED this 15th day of April, 2016.

2

| | |
|---|---|
| PEEL BRIMLEY LLP | KRAFTSON CAUDLE |
| /s/ Steven D. Meacham<br>STEVEN D. MEACHAM, ESQ.<br>Nevada Bar No. 9863<br>JEFFERSON W. BOSWELL, ESQ.<br>Nevada Bar No. 11776<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>*Attorneys for Gallagher-Kaiser Corp.*<br>*and Arch Insurance Company* | /s/ Larry W. Caudle, Jr.<br>LARRY W. CAUDLE, JR., ESQ.<br>Admitted Pro Hac Vice<br>Virginia Bar. No. 36769<br>BRAD C. FRIEND, ESQ.<br>Admitted Pro Hac Vice<br>Virginia Bar No. 65462<br>JONATHAN J. STRAW, ESQ.<br>Admitted Pro Hac Vice<br>Virginia Bar No. 80980<br>1600 Tysons Boulevard, Suite 250<br>McLean, Virginia 22102<br>*Attorneys for Archer Western Contractors,*<br>*LLC and Travelers Casualty and Surety*<br>*Company of America* |

AND

THE FAUX LAW GROUP

/s/ Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLIE H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
*Attorneys for Archer Western Contractors,*
*LLC and Travelers Casualty and Surety*
*Company of America*

**ORDER**

IT IS HEREBY ORDERED.

United States District Court Magistrate Judge

Dated: April 20, 2016

3