STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
JEFFERSON W. BOSWELL, ESQ.
Nevada Bar No. 11776
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Fax: (702) 990-7273
smeacham@peelbrimley.com
jboswell@peelbrimley.com
*Attorneys for Gallagher-Kaiser Corp. and Arch Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of: <br><br> GALLAGHER-KAISER CORP., a Michigan corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONTRACTRS LTD a/k/a ARCHER WESTERN CONTRACTORS LLC, and Illinois corporation and/or Illinois limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | CASE NO.: 2:15-cv-02150-RFB-PAL <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| ARCHER WESTERN CONTRACTRS LTD a/k/a ARCHER WESTERN CONTRACTORS LLC <br><br> Counterclaimants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, for the Use and Benefit of GALLAGHER-KAISER CORP.; and ARCH INSURANCE COMPANY, <br><br> Counter-Defendants. | |

///

///

Plaintiff/Counterclaim-Defendant, GALLAGHER-KAISER CORP ("GK") and Counterclaim-Defendant, ARCH INSURANCE COMPANY ("ARCH"), by and through their counsel of record, PEEL BRIMLEY LLP, and Defendant/Counterclaim-Claimants, ARCHER WESTERN CONTRACTORS LTD a/k/a ARCHER WESTERN CONTRACTORS LLC ("AWC") and Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), by and through their counsel of record, KRAFTSON CAUDLE and THE FAUX LAW GROUP, hereby jointly stipulate and agree as follows:

WHEREAS the Parties hereto have entered into a tolling agreement pending the resolution of a pending administrative action, the Parties jointly request an order from this Honorable Court to dismiss this action ***without prejudice***.

Dated this 1st day of July, 2016.

**PEEL BRIMLEY, LLP**

/s/Steven D. Meacham
STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
*Attorneys for Plaintiff, Gallagher-Kaiser Corp. and*
*Counter-Defendant, Arch Insurance Company*

**KRAFTSON CAUDLE**

/s/Larry W. Caudle
LARRY W. CAUDLE, JR., ESQ.
*Admitted Pro Hac Vice*

and

**THE FAUX LAW GROUP**

/s/Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
*Attorneys for Defendants, Archer Western Contractors, LLC*
*And Travelers Casualty and Surety Company of America*

Page 2

## ORDER

IT IS HEREBY **ORDERED** that the above captioned matter is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 6, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted:

**PEEL BRIMLEY, LLP**

/s/Steven D. Meacham
STEVEN D. MEACHAM, ESQ.
Nevada Bar No. 9863
*Attorneys for Plaintiff, Gallagher-Kaiser Corp. and Counter-Defendant, Arch Insurance Company*